# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 308 MAL 2017

          Respondent   :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

          v.   :

                           :

JEFFREY PAUL SMITH, JR.,   :

          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.